```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Paul Douglas Martin

    v.                                      Case No. 21-cv-416-SE

US Social Security Administration,
Acting Commissioner, Andrew Saul

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation (document no. 23) of Magistrate Judge Andrea K. Johnstone dated April 8, 2022. For the reason's explained therein, the claimant's motion to reverse and remand (document no. 18) is granted, and the Acting Commissioner's motion to affirm (document no. 21) is denied. The clerk's office is directed to enter judgment in accordance with this order and close the case.

    So ordered.

                                                       _____
                                                       Samantha D. Elliott
                                                       United States District Judge

Date: May 6, 2022

cc: Kathy Ann Cellamare, Esq.
    Lisa G. Smoller, Esq.